Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Heather N. Phillips, Esq. (SBN 258638)
hphillips@younessilaw.com
Fumio Robert Nakahiro, Esq. (SBN 130110)
rnakahiro@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff,
RIGOBERTO GUIJOSA ANAYA


MARK G. KISICKI, CA Bar No. 150057
mark.kisicki@ogletree.com
KYLE R. BROADFOOT, AZ Bar No. 037134
Admitted pro hac vice
kyle.broadfoot@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750

Attorneys for Defendant
ALTIUM PACKAGING, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO GUIJOSA ANAYA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALTIUM PACKAGING, LP, a Delaware limited partnership; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-02378-FWS-DFM<br><br>*Assigned for all purposes to the Honorable Fred W. Slaughter*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1

2

3          Plaintiff Rigoberto Guijosa Anaya ("Plaintiff") and Defendant Altium Packaging,

4    LP ("Defendant") (collectively the "Parties"), acting through counsel, hereby stipulate

5    that the above-captioned action should be dismissed in its entirety with prejudice

6    pursuant to Federal Code of Civil Procedure 41(a)(1)(A)(ii), as follows:

7          WHEREAS, the Parties have resolved Plaintiff's claims; and

8          WHEREAS, Plaintiff desires to dismiss the action in its entirety and all claims

9    against Defendants with prejudice.

10         THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through

11   their respective counsel of record that this action shall be and hereby is dismissed with

12   prejudice pursuant to Federal Code of Civil Procedure 41(a), with each party to bear his/its

13   own attorneys' fees and costs.

14

15    Dated:  December 20, 2024              LAW OFFICES OF RAMIN R.
                                             YOUNESSI, APLC
16

17                                    By:    /s/ Ramin R. Younessi
                                             Ramin R. Younessi
18                                           Heather N. Phillips
                                             Fumio Robert Nakahiro
19                                           Attorneys for Plaintiff,
                                             RIGOBERTO GUIJOSA ANAYA
20

21

22    Dated:  December 20, 2024              OGLETREE, DEAKINS, NASH,
                                             SMOAK & STEWART, P.C.
23

24                                    By:    /s/ Kyle R. Broadfoot
                                             Mark G. Kisicki
25                                           Kyle R. Broadfoot, *admitted pro hac vice*
                                             Attorneys for Defendant,
26                                           ALTIUM PACKAGING LP

27

28

                                                    CASE NO: 2:24-cv-02378-FWS-DFM
                                                    JOINT STIPULATION FOR DISMISSAL WITH
                                                                          PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2), I have obtained the authorization from each of the above signatories to file the above-referenced document, and that the above signatories concur in and authorize the filing's content.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 20, 2024

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By:   */s/ Kyle R. Broadfoot*
        Mark G. Kisicki
        Kyle R. Broadfoot, *admitted pro hac vice*
        Attorneys for Defendant,
        ALTIUM PACKAGING LP

**CASE NO: 2:24-cv-02378-FWS-DFM
JOINT STIPULATION FOR DISMISSAL WITH
PREJUDICE**